# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

VERNON MITCHELL

NO. 2019 KW 0627

ͺJUL 2 2 2019

---

In Re:    Vernon Mitchell, applying for supervisory writs, 16th
          Judicial District Court, Parish of St. Mary, No.
          142,493.

---

**BEFORE:    McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

 **WRIT GRANTED.**  The district court is ordered to act on
relator's "Motion and Order to Correct Illegal Sentence and
Request for Resentencing Hearing," filed May 17, 2018, on or
before August 22, 2019, if it has not already done so.  A copy
of the trial court's action shall be filed in this court on or
before August 29, 2019.

**PMc**
**TMH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
    FOR THE COURT